# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROBERT MARTIN HARTNER**,

      **Plaintiff,**

**vs.**                                          **Case No. 4:16cv700-RH/CAS**

**SECRETARY J. JONES, et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff Robert Martin Hartner, proceeding pro se, submitted a civil rights complaint, ECF No. 1, in November 2016.   Plaintiff did not file an in forma pauperis motion until late December, ECF No. 4, and an Order was entered on January 5, 2017, granting Plaintiff's motion and assessing an initial partial filing fee of $9.50 which was to be paid on or before February 6, 2017.  ECF No. 5.  Plaintiff was advised that no further action would be taken on this case until the initial partial filing fee was received, and warned that if he failed to submit the assessed initial partial filing fee, a recommendation would be made to dismiss this case.  *Id.*

As of this date, Plaintiff has not been received.  Plaintiff has had more than sufficient opportunity to pay the fee if he desired to proceed with this litigation.  It is apparent that Plaintiff has abandoned this case and it should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 30, 2017.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv700-RH/CAS