IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT MARTIN HARTNER,

    Plaintiff,

v.                              CASE NO. 4:16cv700-RH/CAS

SECRETARY J. JONES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. As set out in the report and recommendation, the required payment has not been received. The plaintiff has apparently abandoned the case. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 30, 2017.

                              s/Robert L. Hinkle
                              United States District Judge